'1273'

| Form **1040** | Department of the Treasury—Internal Revenue Service (99)<br>**U.S. Individual Income Tax Return** | **2017** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____ , 2017, ending _____ , 20 _____   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ANTHONY | WARNER | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| MIA | PAGE-WARNER | 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 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
155-34 116TH AVE

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Jamaica, NY 11434

Foreign country name _____   Foreign province/state/county _____   Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . . . . . .
  b ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b  **2**

  c Dependents:
  (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions)

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see instructions) _____
Dependents on 6c not entered above _____
Add numbers on lines above ▶ **2**

  d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 80,497. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities  16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 19. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 80,516. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | 2,500. |
| 34 | Reserved for future use | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 2,500. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 78,016. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   FD100   Form **1040** (2017)

*(watermark: Do Not File - Client Copy)*

1273

| SCHEDULE E (Form 1040) | Supplemental Income and Loss | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ Go to *www.irs.gov/ScheduleE* for instructions and the latest information. | 2017 Attachment Sequence No. 13 |

| Name(s) shown on return | Your social security number |
|---|---|
| ANTHONY WARNER & MIA PAGE-WARNER | 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 |

**Part I** Income or Loss From Rental Real Estate and Royalties Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

A  Did you make any payments in 2017 that would require you to file Form(s) 1099? (see instructions) ............... ☐ Yes  ☒ No
B  If "Yes," did you or will you file required Forms 1099? .................................................... ☐ Yes  ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)
A
B
C

| 1b | Type of Property (from list below) | 2  For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 6 | | A | | 0 | |
| B | | | B | | | |
| C | | | C | | | |

**Type of Property:**
1  Single Family Residence   3  Vacation/Short-Term Rental   5  Land        7  Self-Rental
2  Multi-Family Residence    4  Commercial                   6  Royalties   8  Other (describe)

| Income: | Properties: | A | B | C |
|---|---|---|---|---|
| 3  Rents received ............................... | 3 | | | |
| 4  Royalties received ............................ | 4 | 19. | | |
| **Expenses:** | | | | |
| 5  Advertising .................................... | 5 | | | |
| 6  Auto and travel (see instructions) ............... | 6 | | | |
| 7  Cleaning and maintenance ..................... | 7 | | | |
| 8  Commissions .................................. | 8 | | | |
| 9  Insurance ..................................... | 9 | | | |
| 10 Legal and other professional fees ............... | 10 | | | |
| 11 Management fees ............................. | 11 | | | |
| 12 Mortgage interest paid to banks, etc. (see instructions) ...... | 12 | | | |
| 13 Other interest ................................. | 13 | | | |
| 14 Repairs ....................................... | 14 | | | |
| 15 Supplies ...................................... | 15 | | | |
| 16 Taxes ........................................ | 16 | | | |
| 17 Utilities ....................................... | 17 | | | |
| 18 Depreciation expense or depletion .............. | 18 | | | |
| 19 Other (list) ▶ | 19 | | | |
| 20 Total expenses. Add lines 5 through 19 ......... | 20 | | | |
| 21 Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** ......... | 21 | 19. | | |
| 22 Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) ............... | 22 | ( ) | ( ) | ( ) |

| 23a  Total of all amounts reported on line 3 for all rental properties ............ | 23a | |
|---|---|---|
| b  Total of all amounts reported on line 4 for all royalty properties ............ | 23b | 19. |
| c  Total of all amounts reported on line 12 for all properties ................. | 23c | |
| d  Total of all amounts reported on line 18 for all properties ................. | 23d | |
| e  Total of all amounts reported on line 20 for all properties ................. | 23e | |

| 24 Income. Add positive amounts shown on line 21. **Do not** include any losses ................... | 24 | 19. |
|---|---|---|
| 25 Losses. Add royalty losses from line 21 and real estate losses from line 22. Enter total losses here ...... | 25 | ( ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 ... | 26 | 19. |

For Paperwork Reduction Act Notice, see the separate instructions.       FD119       Schedule E (Form 1040) 2017
VSA

Form 1040 (2017) ANTHONY WARNER & MIA PAGE-WARNER                                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 Page **2**

## Tax and Credits

Standard Deduction for—
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $6,350
Married filing jointly or Qualifying widow(er), $12,700
Head of household, $9,350

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 78,016. |
| 39a | Check if: ☐ You were born before January 2, 1953, ☐ Blind. ☐ Spouse was born before January 2, 1953, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 12,700. |
| 41 | Subtract line 40 from line 38 | 65,316. |
| 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 8,100. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 57,216. |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 7,651. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | |
| 47 | Add lines 44, 45, and 46 ▶ | 7,651. |
| 48 | Foreign tax credit. Attach Form 1116 if required | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 50 | Education credits from Form 8863, line 19 | 2,342. |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | |
| 53 | Residential energy credits. Attach Form 5695 | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | |
| 55 | Add lines 48 through 54. These are your total credits | 2,342. |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | 5,309. |

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60a | Household employment taxes from Schedule H | |
| 60b | First-time homebuyer credit repayment. Attach Form 5405 if required | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | |
| 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 5,309. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 9,181. |
| 65 | 2017 estimated tax payments and amount applied from 2016 return | |
| 66a | Earned income credit (EIC) | |
| 66b | Nontaxable combat pay election | |
| 67 | Additional child tax credit. Attach Schedule 8812 | |
| 68 | American opportunity credit from Form 8863, line 8 | 1,000. |
| 69 | Net premium tax credit. Attach Form 8962 | |
| 70 | Amount paid with request for extension to file | |
| 71 | Excess social security and tier 1 RRTA tax withheld | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | |
| 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 10,181. |

## Refund

| Line | Description | Amount |
|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 4,872. |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 4,872. |
| 76b | Routing number XXXXXXXXX ▶ c Type: ☒ Checking ☐ Savings | |
| 76d | Account number XXXXXXXXXXXXXXXXX | |
| 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ 77 | |

Direct deposit? See instructions.

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 0. |
| 79 | Estimated tax penalty (see instructions) | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No

Designee's name ▶ Liberty Tax Service   Phone no. ▶ (718) 880-1346   Personal identification number (PIN) ▶ 13137

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Your signature | 1/27/2018 | CITY CUSTODIAN | (347) 497-1965 |
| Spouse's signature. If a joint return, both must sign. | Date 1/27/2018 | Spouse's occupation PARAPROFESSIONAL | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) 358830 |

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Andrey Zahariev | | 1/27/2018 | | P00458066 |

Firm's name ▶ Liberty Tax Service                                   Firm's EIN ▶ 27-1528492
Firm's address ▶ 70-34 Austin St                                    Phone no. (718) 880-1346
                 Forest Hills, NY 11375

# Form 1040 — U.S. Individual Income Tax Return — 2018

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.
2273

**Filing status:** ☐ Single  ☑ Married filing jointly  ☐ Married filing separate  ☐ Head of household  ☐ Qualifying widow(er)

| | |
|---|---|
| Your first name and initial: ANTHONY | Last name: WARNER |
| Your social security number: 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 | |

Your standard deduction: ☐ Someone can claim you as a dependent  ☐ You were born before January 2, 1954  ☐ You are blind

| | |
|---|---|
| If joint return, spouse's first name and initial: MIA | Last name: PAGE-WARNER |
| Spouse's social security number: 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 | |

Spouses standard deduction: ☐ Someone can claim your spouse as a dependent  ☐ Spouse was born before January 2, 1954   ☑ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind   ☐ Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street). If you have a P.O. box, see instructions.
155-34 116TH AVE    Apt. no.

Presidential Election Campaign. (see inst.) ☐ You  ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
JAMAICA NY 11434-0000

If more than four dependents, see inst. and ✓ here ☐

**Dependents** (see instructions): [none listed]

**Sign Here** — Joint return? See instructions. Keep a copy for your records.

Your occupation: CITY CUSTODIAN
Spouse's occupation: PARAPROFESSIONAL
If the IRS sent you an Identity Protection PIN, enter it here: 0 2 9 7 1 2

**Paid Preparers Use Only**
Preparer's name: Andrey Zahariev
PTIN: P00458066
Firm's EIN: 27-1528492
Firm's name: Liberty Tax Service
Phone no.: (718) 880-1346
Firm's address: 7034 Austin St, Forest Hills, NY 11375

*Do Not Mail*

Form 1040 (2018) — Page 2

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 77449 |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRAs, pensions, and annuities | |
| 4b | Taxable amount | |
| 5a | Social security benefits | |
| 5b | Taxable amount | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | 77449 |
| 7 | Adjusted gross income | 77073 |
| 8 | Standard deduction or itemized deductions (from Schedule A) | 24000 |
| 9 | Qualified business income deduction | |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7 | 53073 |
| 11 | Tax (see inst) 5988 ... b Add any amount from Schedule 2 | 5988 |
| 12 | a Child tax credit/credit for other dependents ___ b Add any amount from Schedule 3 ☑ | 2093 |
| 13 | Subtract line 12 from line 11 | 3895 |
| 14 | Other taxes. Attach Schedule 4 | |
| 15 | Total tax. Add lines 13 and 14 | 3895 |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | 7490 |
| 17 | Refundable credits: a EIC ___ b Sch 8812 NO c Form 8863 984. Add any amount from Schedule 5 | 984 |
| 18 | Add lines 16 and 17 a through d. These are your total payments | 8474 |
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | 4579 |
| 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ☐ | 4579 |
| 20b | Routing number: XXXXXXXX  c Type: ☑ Checking ☐ Savings | |
| 20d | Account number: XXXXXXXXXXXXXXXX | |
| 21 | Amount of line 19 you want applied to your 2019 estimated tax | |
| 22 | Amount you owe | |
| 23 | Estimated tax penalty | |

Standard Deduction for—
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- If you checked any box under Standard deduction, see instructions.

Go to www.irs.gov/Form1040 for instructions and the latest information.
Form 1040 (2018)
VSA

| SCHEDULE 1<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | 2273<br>**Additional Income and Adjustments to Income**<br>Attach to Form 1040.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | | | OMB No. 1545-0074<br>20**18**<br>Attachment<br>Sequence No. 01 |
|---|---|---|---|---|
| Name(s) shown on Form 1040<br>ANTHONY and MIA PAGE-WARNER | | | | Your social security number<br>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 |

| | | | | |
|---|---|---|---|---|
| **Additional Income** | 1-9b | Reserved | | 1-9b |
| | 10 | Taxable refunds, credits, or offsets of state and local income taxes | | 10 |
| | 11 | Alimony received | | 11 |
| | 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 |
| | 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | | 13 |
| | 14 | Other gains or (losses). Attach Form 4797 | | 14 |
| | 15a | Reserved | | 15b |
| | 16a | Reserved | | 16b |
| | 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 |
| | 18 | Farm income or (loss). Attach Schedule F | | 18 |
| | 19 | Unemployment compensation | | 19 |
| | 20a | Reserved | | 20b |
| | 21 | Other income. List type and amount | | 21 |
| | 22 | Combine the amounts in the far right column. If you don't have any adjustments to income, enter here and on Form 1040, line 6. Otherwise, go to line 23 | | 22 |
| **Adjustments to Income** | 23 | Educator expenses | 23 | |
| | 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 24 | |
| | 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| | 26 | Moving expenses for members of the armed forces. Attach Form 3903 | 26 | |
| | 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| | 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| | 29 | Self-employed health insurance deduction | 29 | |
| | 30 | Penalty on early withdrawal of savings | 30 | |
| | 31a | Alimony paid    b Recipient's SSN | 31a | |
| | 32 | IRA deduction | 32 | |
| | 33 | Student loan interest deduction | 33 | 376 |
| | 34 | Reserved | 34 | |
| | 35 | Reserved | 35 | |
| | 36 | Add lines 23 through 35 | | 36 | 376 |

For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule 1 (Form 1040) 2018
VSA

Do Not Mail

| SCHEDULE 3 (Form 1040) | 2273 Nonrefundable Credits | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040. Go to *www.irs.gov/Form1040* for instructions and the latest information. | | 2018 Attachment Sequence No. 03 |
| Name(s) shown on Form 1040 ANTHONY and MIA PAGE-WARNER | | | Your social security number 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 |

| | | | | |
|---|---|---|---|---|
| **Nonrefundable** | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| **Credits** | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 | 50 | 2093 |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Reserved | 52 | |
| | 53 | Residential energy credit. Attach Form 5695 | 53 | |
| | 54 | Other credit from Form a☐ 3800  b☐ 8801  c☐ None | 54 | |
| | 55 | Add the amount in the far right column. Enter here and include on Form 1040, line 12 | 55 | 2093 |

For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule 3 (Form 1040) 2018
VSA


Do Not Mail

2273

| SCHEDULE 6 (Form 1040) | **Foreign Address and Third Party Designee** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | 20**18**<br>Attachment Sequence No. **05A** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| ANTHONY and MIA PAGE-WARNER | 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 |

| **Foreign Address** | Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|---|

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☑ **Yes.** Complete below.   ☐ **No** | | |
|---|---|---|---|
| | Designee's name    ANDREY ZAHARIEV | Phone no.    (718) 880-1346 | Personal identification number (PIN)  1 3 1 3 7 |

For Paperwork Reduction Act Notice, see your tax return instructions.      Schedule 6 (Form 1040) 2018
VSA

